IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE ANTONIO BARRERA MOLINA                                                          PLAINTIFF

v.                                          Civil No. 07-5049

DEPUTY GRANT; and
DEPUTY UNINIDO                                                                       DEFENDANTS

## ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before February 19, 2008. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 18th day of January 2008.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT COURT