IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE ANTONIO BARRERA MOLINA                                    PLAINTIFF

                    v.                    Civil No. 07-5049

DEPUTY GRANT; and
DEPUTY UNINIDO                                                 DEFENDANTS

## ORDER

Plaintiff filed this case pursuant to 42 U.S.C. § 1983 on March 20, 2007, proceeding *in forma pauperis* and pro se. On March 13, 2008 Defendants filed an Motion for Summary Judgment. (Doc. 19). To assist Plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The Court will consider Plaintiff's response to the questionnaire in issuing an opinion on the summary judgment motions.

For this reason, Jose Antonio Barrera Molina is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **May 27, 2008.** Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.

IT IS SO ORDERED this 24th day of April 2008.

_/s/ J. Marschewski_
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE ANTONIO BARRERA MOLINA                                    PLAINTIFF

            v.                        Civil No. 07-5049

DEPUTY GRANT; and
DEPUTY UNINIDO                                                DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO: **Jose Antonio Barrera Molina**

On March 13, 2008, Defendants filed a summary judgment motion (Doc. 19). Accordingly, these questions and answers will serve as your response to Defendants' motion for summary judgment. You may use additional sheets of paper in responding to these questions. You must file this response by **May 27, 2008.**

   1. Are you suing Defendants in their:

___ Personal Capacities

___ Official Capacities

___ Both Official and Personal Capacities

If you have indicated that you are suing Defendants in their official capacities or both official and personal capacities, describe below the custom or policy of Benton County, Arkansas that you believe caused your rights to be violated.

_____

_____

_____

-1-

_____

_____

     2.      The Medical Requests submitted to the Court do not show any request for medical attention due to injuries from excessive force by Defendants.  Did you fill out a medical request for these injuries?

Answer:       Yes_____ No_____

     If you answered yes, state below the date(s) you filled out the request (or requests) and to whom you gave the request (or requests).  If no, state below why you did not seek medical treatment through the procedures available at the Benton County Detention Center.

_____

_____

_____

_____

     3.      Describe below the injuries you suffered as a result of excessive force being used against you.  Include any relevant medical evidence.

_____

_____

_____

_____

     4.      On February 24, 2007, the inmates in E-Pod began to yell and hit at the doors as Deputies Undiano and Grant left.  However, you continued to stand at your door, yelling.

Answer:       Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

_____

     5.      Deputy Grant instructed you to quiet down and have a seat but you did not comply.

Answer:      Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

_____

     6.      Deputy Grant walked to your cell an instructed you to put your hands on the wall.

Answer:      Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

_____

     7.      Deputy Undiano instructed you to turn around and put your hands on the wall and you did not comply.

Answer:      Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

8.      When the Deputies entered your cell, your hands were not on the wall.

Answer:       Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

_____

9.      Deputy Grant ordered you to place your hands on the wall a second time.  This time you complied.

Answer:       Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

_____

10.      However, you removed your hands from the wall and Deputy Grant placed you on the floor.

Answer:       Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

_____

11.      You were given a verbal command to place your right arm behind your back for handcuffing but did not comply.

-4-

Answer:        Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

_____

    12.    Deputy Undiano secured your feet and crossed your ankles.

Answer:        Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

_____

    13.    The incident occurred at approximately 8:25 p.m., and at 9:10 Deputy Undiano was handing out mats and attempted to remove your hand restraints.  However, when asked if you understood to place your hands on the wall after the restraints were removed, you did not respond and the restraints remained on.

Answer:        Agree_____ Disagree_____

If you disagree, explain below.

_____

_____

_____

    14.    At approximately 9:23 p.m. Deputies Grant and Undiano entered and removed your restraints.

Answer:          Agree____ Disagree____

If you disagree, explain below.

_____

_____

_____

     15.     You were checked for visible injuries, and only red marks on wrists your wrists and neck were visible.

Answer:          Agree____ Disagree____

If you disagree, explain below.

_____

_____

_____

     16.  You state in the Addendum that you were left for 2-3 hours, bleeding.

What part of your body was bleeding?

_____

_____

When did you receive medical attention for the bleeding?

_____

_____

Did anyone check on you for these 2-3 hours?  If so, who?

_____

_____

-6-

Were you given a chance to have your restraints removed during the 2-3 hours?

_____

_____

     17.     Did Deputies Undaino and Grant know that you required medical attention?  If so, how did they know?

_____

_____

_____

_____

     18.     Were you resisting the deputies in any way during the incident?  If so, describe your resistance below.

_____

_____

_____

_____

     19.  You state that you are still having "back spasms" from the excessive force being used against you by Defendants.  There are no medical requests on record with the court regarding treatment for your back.  Additionally, the medical file does not show that you have been treated for your back.  Have you sought treatment for your back injuries?

Answer:  Yes_____ No____

If yes, from whom and on what date did you seek treatment?

_____

_____

_____

_____

      Detail below any further response you would like to make to Defendants' summary judgment motion.  If you have exhibits you would like the Court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____DAY OF _____2008.

_____

JOSE ANTONIO BARRERA-MOLINA