**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JOSE ANTONIO BARRERA MOLINA**                                                           **PLAINTIFF**

**v.**                            **Civil No. 07-5049**

**DEPUTY GRANT; and**
**DEPUTY UNINIDO**                                                                         **DEFENDANTS**

### O R D E R

Now on this 24th day of June 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #25, filed May 23, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, **Defendants' Motion for Summary Judgment (Doc. #19) is hereby granted in its entirety and this case is dismissed.**

**IT IS SO ORDERED.**

                                                           /s/Jimm Larry Hendren
                                                           HON. JIMM LARRY HENDREN
                                                           UNITED STATES DISTRICT JUDGE